No. 1654. RUIZ, APPELLEE, *v.* ROSALY, APPELLANT.—Filiation. Ponce. March 31, 1917. *Dismissed for lack of transcript of record.*

No. 1653. RODRÍGUEZ, APPELLEE, *v.* ROSALY, APPELLANT.—Filiation. Ponce. March 31, 1917. *Dismissed for lack of transcript of record.*

No. 1656. NEGRÓN & HERNÁNDEZ, APPELLEES, *v.* H. C. CHRISTIANSON & Co., APPELLANT.—Rescission of Contract and Damages. Ponce. April 2, 1917. *Dismissed for lack of transcript of record.*

No. 1139. PEOPLE, APPELLEE, *v.* FIGUEROA ET AL., APPELLANTS.—Riot. San Juan, Section 2. April 2, 1917. *Affirmed.*

No. 1632. LECLER, APPELLANT, *v.* PÉREZ, APPELLEE.—New Trial. Mayagüez. April 10, 1917. *Dismissed because no appeal lies from an order granting or denying a new trial.*

No. 1631. SUCCESSION OF PADRÓ ET AL., APPELLANTS, *v.* SANMILLAN ET AL., APPELLEES.—Injunction. Arecibo. April 10, 1917. *Dismissed for lack of brief.*

No. 1660.—CAMACHO, APPELLEE, *v.* DÁVILA ET AL., APPELLANTS.—Dominion Title Proceedings. Arecibo. April 12, 1917. *Dismissed for lack of transcript of record.*

No. 184. FERNÁNDEZ, PETITIONER, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. April 13, 1917. *Petition denied.*